John Martin Reg # 28104-016
MDC Brooklyn
Metropolitan Detention Center
PO Box 329002
Brooklyn, New York 11232

Clerk of Court, Appeals Bureau
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

January 19, 2023

Re: USA v John Martin
DK# 19CR-221 & 03CR 795
Notice of Appeal

Dear Sir/Madam:

On January 12, 2023 I was Convicted and Sentenced to two terms of imprisonment by the Hon. Judge Raymond J. Dearie. At the time of my Sentencing after Judge Dearie imposed his sentence I informed my Court appointed (CJA) attorney, Mr. Michael Hueston that I wanted to file an appeal because I disagreed with what occured during the prosecution and sentence that the Court imposed.

I have not been in contact with my Court appointed attorney, Michael Hueston and I am very Concerned that he has not responded to my family that has been trying to Contact him, and I am worried that he may have not filed my notice of Appeal on my behalf pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure. And therefore waived my right to Appellate Review

If in the event that Court appointed (CJA) Counsel, Mr. Michael Hueston failed to invoke my notice & intent to file an appeal for my conviction and sentence rendered by Hon. Judge Raymond J. Dearie on January 12, 2023 I would ask the Court to allow me an extention of time to file a late Notice of Appeal So that I am given an opportunity to have the United States Court of Appeals for the Second Circuit to review my Conviction.

Thank You for your time and Consideration Concerning this matter.

Respectfully Submitted,
John Martin
John Martin

John Martin Reg.No. 28104-016
MDC Brooklyn
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
24 JAN 2023 PM 14 L

Clerk of Court Appeals Bureau
U.S. Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Legal mail

11201-181809

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through
mail procedures for forwarding.
The letter has not been opened.
If the letter raises a question
which this facility has, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.